**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-KA-1143

State Of Louisiana

- - Versus - -

Millennium Health Care Services, L.L.C., d/b/a Millennium
PCA Services

19th Judicial District Court
Case #: 2120330
East Baton Rouge Parish

On Application for Rehearing filed on 07/06/2021 by State of Louisiana

Rehearing _Denied_

_____
Vanessa Guidry Whipple

_____
Jewel E. "Duke" Welch

WRC by JEW
_____
Wayne Ray Chutz

Date __AUG 0 9 2021__

_____
Rodd Naquin, Clerk